UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23189-GAYLES/TORRES

**MCM ENTERTAINMENT, INC.,**
**MARIA CLAUDIA MOLINA, and**
**LUNAMAR WELLNESS GROUP, LLC.,**

    Plaintiffs/ Counter-Defendants,

v.

**DIAZ WORLD TRADE GROUP, INC.**
**and MARCO DIAZ,**

    Defendant/ Counter-Plaintiffs.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiffs' Motion to Dismiss Defendants' Third Amended Counterclaims III, IV, and V (the "Report") [ECF No. 284]. On July 29, 2025, Judge Torres issued his Report recommending that Plaintiffs' Motion to Dismiss [ECF No. 272] be denied as to Counterclaims III and IV and granted as to Counterclaim V. [ECF No. 284]. On August 12, 2025, Plaintiffs timely objected to the Report. [ECF No. 290]. On August 20, 2025, Defendants timely objected to the Report. [ECF No. 293].[1]

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation

---

[1] Defendants requested an extension of time to file objections to the Report given defense counsel's Motion to Withdraw as Attorney [ECF No. 287, 291]. The Court granted a 7-day extension of time for Defendants to file objections. [ECF No. 292].

are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has conducted a *de novo* review of the record, including the Report, the Motion to Dismiss, and the parties' objections. The Court agrees with Judge Torres' well-reasoned analysis and conclusion that the Motion to Dismiss should be granted in part and denied in part.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)  The Report and Recommendation, [ECF No. 284], is **ADOPTED in full**.

(2)  Plaintiffs' Motion to Dismiss, [ECF No. 272], is **GRANTED in part and DENIED in part**. The Motion to Dismiss is granted as to Third Amended Counterclaim V and denied for Counterclaims III and IV.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE